IRONTON CROSS TIE CO. *v.* EVANS.

SAVING QUESTIONS FOR REVIEW—EXCEPTIONS — NECESSITY TO RE-
VIEW FINDINGS.

Where, in a case tried to the court without a jury, no excep-
tions are taken to any of the findings, and it is not assigned
as error, or contended, that the facts found do not support
the conclusions of law, assignments of error in the admission
and rejection of testimony, and the sufficiency of the evi-
dence to support particular findings, cannot be reviewed.

Error to Kent; Perkins, J.    Submitted June 15, 1906.
(Docket No. 7.)    Decided October 29, 1906.

Assumpsit by the Ironton Cross Tie Company against
Howard E. Evans and John L. Retting, copartners as H.
E. Evans & Company, for breach of a contract for the
sale of certain ties.    There was judgment for plaintiff,
and defendants bring error.    Affirmed.

*Smedley & Corwin,* for appellants.

*Smith & Ayer,* for appellee.

OSTRANDER, J.    The case was tried without a jury,
and the court made findings of fact and of law.    The rec-
ord is certified to contain all of the evidence given upon
the trial.    Nineteen errors, fourteen of which relate to the
admission or rejection of testimony, are assigned.    It is
claimed, also, that there is no evidence to support the
third, and no competent evidence to support the fourth,
fifth, and sixth findings of fact.    No exceptions were
taken to any of the findings, and it is not assigned as
error, or contended, that the facts found do not support
the conclusion of law.

The judgment must be affirmed upon the authority of
*Weist* v. *Morlock,* 116 Mich. 606; *Stafford* v. *Crawford,*
118 Mich. 285; Circuit Court Rule No. 26.

MCALVAY, GRANT, BLAIR, and MOORE, JJ., con-
curred.